UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:

ELENA SANTISTEBAN ZUBIAGA, and
other similarly situated individuals,

    Plaintiff,

v.

LOCURA MARINA INC. and DEBRA
BARRIENTOS,

    Defendants.

_____/

## NOTICE OF REMOVAL

By and through undersigned counsel, Defendants LOCURA MARINA INC. and DEBRA BARRIENTOS, remove the instant action from the Circuit Court in and for Miami-Dade County, Florida and state:

1. Defendants were served with this action on April 18, 2023.
2. This is an action arising under the laws of the United States of America, 29 U.S.C. Sec. 201 et seq., the Fair Labor Standards Act. As a result thereof, this action raises a federal question and this Court has jurisdiction over such claims.
3. Removal to this Court is appropriate and proper.

Respectfully Submitted May 2, 2023.

      /s Lowell J. Kuvin
Lowell J. Kuvin
Fla. Bar No.:53072
lowell@kuvin.law
Law Office of Lowell J. Kuvin
17 East Flagler St. Suite 223
Miami Florida 33131
Tele:   305.358.6800
Fax:   305.358.6808
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.