UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-21630-CIV-MARTINEZ-BECERRA

ELENA SANTISTEBAN ZUBIAGA and all )
others similarly situated under 29 U.S.C. )
216(b), )
                    Plaintiffs, )
vs. )
LOCURA MARINA INC. and DEBRA )
BARRIENTOS, )
                    Defendants )

## JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE

COMES NOW, ELENA SANTISTEBAN ZUBIAGA (hereinafter "Plaintiff") and LOCURA MARINA INC. and DEBRA BARRIENTOS (hereafter "Defendants"), and hereby file their Joint Motion to Extend the Discovery Deadline, and state as follows:

1. On May 4, 2023, an Order Setting Pretrial and Trial Dates was entered. See DE 5.

2. Said Order requires the parties to complete all fact discovery and expert discovery on or before December 28, 2023.

3. The parties have already engaged in discovery but request additional time for discovery as the parties have been unable to schedule and coordinate certain depositions due to both parties' relatively limited availability.

4. The joint request is being made to facilitate the Parties' and their counsels' schedules, to allow the Parties to properly prepare for trial and to avoid the filing of any motions for protective order, etc.

5. Due to the above referenced circumstances, the Parties respectfully request an extension, up to and through January 26, 2024, to complete all <u>fact and expert discovery</u>.

6. This extension will <u>not</u> interfere with any other deadline set forth in the scheduling order at DE 5.

7. The request contained herein is brought in good faith and not intended for purposes of delay, nor will it cause any prejudice to the Court or any party to this action.

## **<u>MEMORANDUM OF LAW</u>**

The Court has discretion to grant enlargements and to amend its scheduling order when good cause is shown. *See Johnson v. Bd. of Regents of Univ. Ga.*, 263 F.3d 1417 (11th Cir. 2011); *See also, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998); *Michael Grecco Photography, Inc. v. Everett Collection, Inc.*, No. 07-CIV-8171, 2008 WL 4580024, *3-4 (S.D.N.Y. Oct. 14, 2008). The foregoing should constitute good cause shown to justify an extension under FRCP 6 and *Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360 (5th Cir. 1995). The Court should find the aforesaid constitutes good cause shown to justify the requested extension.

WHEREFORE, Parties respectfully request that the dates for the completion of all fact and expert discovery be extended to January 26, 2024, as well as any other relief the Court deems just and proper.

[THIS SPACE INTENTIONALLY LEFT BLANK]

Respectfully submitted on this 7th day of November 2023,

| | |
|---|---|
| By:/s/ _J.H. Zidell_ <br> J.H. Zidell, P.A. <br> J.H. Zidell, Esq. <br> Florida Bar No.: 0010121 <br> 300 71st Street, Suite 605 <br> Miami Beach, Florida 33141 <br> Tel: (305) 865-6766 <br> Facsimile: (305) 865-7167 <br> Email: zabogado@aol.com <br> *Attorneys for Plaintiff* | BY: /s/  Lowell J. Kuvin <br> Law Office Of Lowell J. Kuvin <br> Lowell J. Kuvin, Esq. <br> Florida Bar No.: <br> 17 E. Flagler Street, Suite 223 <br> Miami, FL 33131 <br> Telephone: (305) 358-6800 <br> Facsimile: (305) 358-6808 <br> Email: lowell@kuvinlaw.com <br> *Attorneys For Defendants* |