UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 23-21630-CIV-MARTINEZ

ELENA SANTISTEBAN ZUBIAGA and all others similarly situated under 29 U.S.C. 216(b),,

    Plaintiff,

v.

LOCURA MARINA INC. and DEBRA BARRIENTOS,

    Defendants.
_____/

### ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** came before the Court upon the parties' Joint Motion to Approve Settlement ("Motion"), (ECF No. 20). The parties filed a copy of the Settlement Agreement (the "Settlement Agreement") for the Court to review, (ECF No. 20-1). After careful consideration of the Settlement Agreement, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), the Court finds that the agreement represents a fair and reasonable resolution of a bona fide FLSA dispute.

Accordingly, it is hereby **ORDERED and ADJUDGED** that

1. The parties' Motion, (ECF No. 20), is **GRANTED**.
2. The parties' Settlement Agreement is hereby **APPROVED**.
3. This action is **DISMISSED with prejudice**.
4. This case is **CLOSED**, and all pending motions are **DENIED AS MOOT**. The Court retains jurisdiction to enforce the parties' Settlement Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10 day of January, 2024.

                                                                   JOSE E. MARTINEZ
                                                                   UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record